**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Manuel GARIBALDI–HERNANDEZ,**
**Defendant—Appellant.**

**No. 01–50602.**

**D.C. No. CR–00–03699–MJL.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2000.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Manuel Garibaldi–Hernandez appeals the 41–month sentence imposed following his jury trial conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Garibaldi–Hernandez contends that, in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), his sentence should not have exceeded the two-year statutory maximum sentence pursuant to 8 U.S.C. § 1326(a). Garibaldi–Hernandez acknowledges that this argument is foreclosed by *United*

*States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied,* 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

AFFIRMED.